UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD HOLGATE,

    Plaintiff,

v.

EZ STORAGE,

    Defendant.

Case No. 23-cv-12191
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 15, 2023
Detroit, Michigan

1